IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA CALLAHAN** | : | CIVIL ACTION |
| *on behalf of W.B.R.* | : | |
| | : | |
| v. | : | NO. 07-1313 |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| *Commissioner of the* | : | |
| *Social Security Administration* | | |

### ORDER

**AND NOW**, this 1st day of April, 2008, upon careful and independent consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkins, and having received no objections thereto, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment is **GRANTED** in part;

3. The case is **REMANDED** for further proceedings consistent with the Report and Recommendation; and

4. The Clerk of Court is directed to mark this case closed.

BY THE COURT:


/s/ Bruce W. Kauffman
BRUCE W. KAUFFMAN,  J.